UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMIKA CHRISTOPHER for KCH, and
on behalf of KCH,

       Plaintiff,

v.

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

Case No. 1:19-cv-107
Hon. Ray Kent

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is **AFFIRMED**.

    **IT IS SO ORDERED**.


Dated: March 31, 2020                                        /s/ Ray Kent
                                                                                  United States Magistrate Judge