UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TIMIKA CHRISTOPHER for KCH,
and on behalf of KCH

          Plaintiff,          Case No. 1:19-cv-107

v.          Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

          Defendant.
_____/

## ORDER GRANTING APPLICATION TO PROCEED
## *IN FORMA PAUPERIS* ON APPEAL

Plaintiff has appealed the judgment affirming the Commissioner's decision. This matter is now before the Court on his application to proceed *in forma pauperis* on appeal (ECF No. 37). The fee for appealing a civil action is $505.00. The Court previously granted plaintiff leave to proceed *in forma pauperis*. *See* Order (ECF No. 4). As a general rule, Fed. Rule App. Proc. Rule 24(a)(3) provides that "[a] party who was permitted to proceed in forma pauperis in the district-court action . . . may proceed on appeal in forma pauperis without further authorization." The general rule applies in this case. Accordingly, plaintiff's application to proceed *in forma pauperis* on appeal (ECF No. 18) is **GRANTED**.

        **IT IS SO ORDERED.**


Dated: May 29, 2020          /s/ Ray Kent
          United States Magistrate Judge